```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


    COURTNEY GREEN,                  :
                                     :
         Plaintiff,                  :
                                     :
         v.                          :    CASE NO. 3:22-CV-1397(VDO)
                                     :
    CARON ET AL,                     :
                                     :
         Defendants.                 :
```

**CALENDAR AND SETTLEMENT CONFERENCE ORDER**

A video settlement conference with the undersigned is scheduled in this case for **April 10, 2024 at 10:30 AM**. Defendants' counsel will appear by way of a video link. The <u>pro se</u> plaintiff will also appear by way of a video link from his DOC facility.

Settlement conferences are often unproductive unless the parties have exchanged offers and demands before the conference and made a serious effort to settle the case on their own. Therefore, **not less than 14 days before the conference**, plaintiff or plaintiff's counsel shall serve a settlement demand upon counsel for the defendant. The defendant must make a counteroffer prior to the settlement conference.

Not later than **7 days** prior to the conference, each side shall mail to the chambers of Judge Richardson at 450 Main Street, Room 258, Hartford, Connecticut, or email to Law Clerk Grace Coleman at Grace_Coleman@ctd.uscourts.gov, an <u>ex parte</u>,

confidential conference memorandum. The memorandum shall be **double spaced** and no more than 10 pages. It shall include the following: (A) the status of the case, including the discovery remaining and substantive motions filed or contemplated; (B) a brief summary of settlement negotiations to date; and (C) a discussion of the strengths and weaknesses of the case.

Any requests pertaining to the conference shall be made to the chambers of the undersigned in writing, or by telephone confirmed in writing, no later than **10 days** from the date of this order.

The parties are reminded that the scheduling of a settlement conference does not affect existing deadlines.

SO ORDERED this 13th day of March, 2024 at Hartford, Connecticut.

\_\_\_\_\_/s/_____
Robert A. Richardson
United States Magistrate Judge