U.S. District Court

District of Connecticut

Courtney Green           No. 3:22-CV-01397-VDO

v.

Warden Caron et al.      March 19, 2024

### Plaintiff's Motion For In Camera Review

Pursuant to the Rules of Fed. P. Plaintiff respectfully moves the Court to review the attached Admissions and the following referenced video which is currently in the defendant's possession, to help aid the Court mediate the above captioned case in an equitable manner during settlement discussions.

Plaintiff states the following:

1. Plaintiff respectfully moves the Court to review video preserved under the following reference #'s CR-VP-23-257, CR-VP-23-014, CR-VP-22-433.

2. Plaintiff believes that the Court's review upon said videos will give the court more insight into the pleadings of his complaint and the violations he alledges to have occurred.

1

3. Plaintiff believes that the depiction of said videos will illustrate plaintiff's claims of congregate feeding, exposure to excessive light, as well as depicting a visual of his housing units dayroom, where he alleges was insufficient to participate in daily exercise.

4. Plaintiff also believes that the court's review of the attached admissions will also provide more insight into the violation(s) the plaintiff alleges to have occurred and the defendant's response(s) and or position to such.

5. This matter is scheduled for a settlement conference on April 10, 2024, both parties are adamant that this matter can and will be resolved then, essentially promoting judicial economy.

6. If this court were to grant this motion for In Camera review, this court would aided in as an effective and just mediator.

7. If the court were to deny this motion, the court may be inhibited from being an effective mediator.

8. The Defendant's will not be prejudiced if this were to be granted.

9. Wherefore, plaintiff respectfully moves this court to grant this motion.

2

Submitted By Plaintiff
Courtney Green #320094
CRCI
285 Shaker Rd.
Enfield, CT 06082

Certification

I hereby certify that the foregoing was sent to be E-filed on March 19, 2024, to the Clerk's office of U.S. District Court.

By Plaintiff
CG

3